UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SIGNATURE APPAREL GROUP LLC,<br><br>Debtor. | Chapter 11<br>Case No.  09-15378 (RG) |
| ANTHONY LABROSCIANO, AS RESPONSIBLE PERSON FOR SIGNATURE APPAREL GROUP LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ARTFUL HOLDINGS, LLC<br><br>Defendants. | Adv. Pro. No. 11-1746 (RG) |

## INITIAL PRETRIAL ORDER

Discovery shall be completed on or before **January 30, 2015**.

Any dispositive motions shall be filed on or before **March 6, 2015** or the relief sought in such motions shall be deemed to have been waived.

Any motions to amend the pleadings or to join other parties shall be filed on or before **February 10, 2015**.

The final pretrial conference will be held at a date to be determined by the Court. In the event a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing. At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a  joint pretrial memorandum and scheduling a trial date.

Dated: November 20, 2014
        New York, New York



_____
Robert E. Grossman
United States Bankruptcy Judge